IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**HENRY GRAVES, Jr.,**

    **Plaintiff,**

**v.**                                       **No. CV 15-0330 LAM/CEG**

**BULL ROGERS, Inc. and BULL ROGERS LAYDOWN, Inc.,**

    **Defendants.**

## **FINAL ORDER**

    **PURSUANT TO** the Court's Order entered concurrently herewith, the Court enters this *Final Order* under Fed. R. Civ. P. 58 **DISMISSING** this case without prejudice.

    **IT IS SO ORDERED**.

                                                         _____
                                                         **LOURDES A. MARTÍNEZ**
                                                         **UNITED STATES MAGISTRATE JUDGE**
                                                          **Presiding by Consent**